# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| AMY R. DUNLAP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04-977-CV-W-FJG |
| | ) |
| JAMES HAUS, | ) |
| d/b/a CROSSROADS, a/k/a | ) |
| CROSSROADS JUDGMENT RECOVERY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On February 3, 2006 the Court issued an Order to Show Cause directing plaintiff to show cause on or before February 17, 2006 why this matter should not be dismissed for failure to prosecute. Plaintiff was advised that her failure to respond to the Order to Show Cause would result in the dismissal of the case without further notice. Plaintiff has not responded to the Order by the date indicated nor has she filed a Motion for Extension of Time to do so. Accordingly, the Court hereby **DISMISSES** plaintiff's Complaint for failure to comply with the Court's Order.


Date: April 4, 2006　　　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge